UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NovaStar Mortgage, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Shirley Goodwin, et al.<br><br>Defendants. | Case No. 1:07-cv-414<br><br>Judge Christopher A. Boyko<br><br>**JUDGMENT** |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: 11/30/07

*Christopher A Boyko*
Judge Christopher A. Boyko
UNITED STATES DISTRICT JUDGE

E42

G:\Cases - TM\07-02762\Motion for Default Judgment-071114-MAH.wpd