IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NOVA STAR MORTGAGE INC., | ) | CASE NO. 1:07CV414 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | MAGISTRATE JUDGE VECCHIARELLI |
| SHIRLEY GOODWIN, et al.,, | ) ) | |
| Defendant. | ) | ORDER OF BANKRUPTCY STAY |

**CHRISTOPHER A. BOYKO, J**:

On January 29, 2008, this Court was informed by Plaintiff (ECF Dkt# 43), that Defendant had filed for reorganization relief under Chapter 13 of the U.S. Bankruptcy Code, Case No. 07-15785. Pursuant to 11 U.S.C. §362, the filing mandates the imposition of an automatic stay of the proceedings before this Court.

Therefore, further proceedings are STAYED and this case is closed, subject to reopening upon written motion by Plaintiff or other parties in interest, which warrants relief from the automatic stay imposed by §362 or by injunction imposed under 11 U.S.C. §524 or which notifies the Court that the bankruptcy case is closed, dismissed or discharged.

IT IS SO ORDERED.

*Christopher A. Boyko*
Christopher A. Boyko
United States District Court Judge

January 30, 2008